UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL GREWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RESURGENT CAPITAL SERVICES L.P., et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-01406-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Nathanael Cousins for consideration of whether the case is related to *Grewell v. Credit Control LLC, et al.,* Case No. 23-cv-01405-NC.

**SO ORDERED.**

Dated: March 30, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge