1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RACHAEL LETICIA GREWELL,

Plaintiff,

v.

LVNV FUNDING LLC,

Defendant.

Case No.  23-cv-01405-PCP

**ORDER TO SHOW CAUSE**

On August 21, 2024, the Court issued a Clerk's Notice setting the Initial Case Management Conference in this matter for October 3, 2024. Dkt. No. 24. The Joint Case Management Statement for this conference was due by no later than September 19, 2024. *Id.* After the parties failed to file their statement by the deadline, the Court issued a further order requiring the parties to file their statement by September 25, 2024. Dkt No. 25. The parties again failed to file any statement. On October 3, 2024, the parties failed to appear before the Court for the Initial Case Management Conference.

Pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or comply with a court order. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. *See id.* A district court should afford the litigant prior notice of its intention to dismiss. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987). Plaintiff Grewell is therefore ordered to show cause why this action should not be dismissed for failure to prosecute. Grewell's response must be filed within 28 days of this Order.

1    **IT IS SO ORDERED.**

2    Dated: October 4, 2024

3

4    _____

5    P. Casey Pitts
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28