UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL LETICIA GREWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>LVNV FUNDING LLC,<br><br>    Defendant. | Case No. 23-cv-01405-PCP<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On August 21, 2024, the Court issued a Clerk's Notice setting the Initial Case Management Conference in this matter for October 3, 2024. Dkt. No. 24. The Joint Case Management Statement for this conference was due by no later than September 19, 2024. *Id*. After the parties failed to file their statement by the deadline, the Court issued a further order requiring the parties to file their statement by September 25, 2024. Dkt No. 25. The parties again failed to file any statement. On October 3, 2024, the parties failed to appear before the Court for the Initial Case Management Conference. On October 4, 2024, the Court ordered plaintiff Grewell to show cause within 28 days why this action should not be dismissed for failure to prosecute. Dkt. No. 26. Over 28 days have passed, and Grewell has not responded to the order to show cause. Accordingly, the Court dismisses this action for failure to prosecute. The dismissal is without prejudice. The Court orders the Clerk to close the file.

**IT IS SO ORDERED.**

Dated: November 8, 2024

P. Casey Pitts
United States District Judge